No. 93–8748. WEBER v. MURPHY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 93–8749. TAYLOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8756. SNITKIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8787. PRUDHOME v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8788. LEJARDE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8789. POPE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–1272. ANDERSEN v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 93–1495. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. v. BLAZAK. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–1500. SOWDERS, WARDEN v. CARTER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.